# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO E. HERRERA,<br><br>  Petitioner,<br><br>  v.<br><br>GISELLE MATTESON,<br><br>  Respondent. | Case No.: 1:19-cv-1150 JLT HBK (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

In the motion to dismiss, Respondent reported Armando Herrera "is incarcerated at California State Prison Solano, where Giselle Matteson is the Warden." (Doc. 24 at 1, n.1.) Therefore, "Respondent requests that this Court substitute Giselle Matteson as Respondent in this matter." (*Id.*, citing *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992).) Herrera did not oppose this request and amended the caption in his response to the motion to dismiss to name Matteson as the Respondent. (*See* Doc. 27 at 1.)

Based upon the records of the CDCR, Herrera remains incarcerated at CSP- Solano.[1] Thus, Warden Matteson is the proper Respondent. *See* Rule 2(a) of the Rules Governing § 2254 Cases;

---

[1] The Court may take judicial notice of facts that are capable of accurate and ready determination y resort to sources whose accuracy cannot reasonably be questioned, including undisputed information posted on official websites. Fed. R. Evid. 201(b); *United States v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir. 1998); *Daniels-Hall v. Nat'l Educ. Assoc.*, 629 F.3d 992, 999 (9th Cir. 2010). Accordingly, judicial notice is taken of the location of Herrera's incarceration as confirmed in the California Department of Corrections and Rehabilitation Inmate Locator System.

1

*Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996); *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994)).  Accordingly, the Clerk of Court is **DIRECTED** to change the name of the Respondent to Giselle Matteson, Warden.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

_____
UNITED STATES DISTRICT JUDGE