**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO E. HERRERA,<br><br>   Petitioner,<br><br>  v.<br><br>GISELLE MATTESON,<br><br>   Respondent. | Case No.:  1:19-cv-1150 JLT HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS GRANTNG RESPONDENT'S MOTION TO DISMISS GROUNDS TWO AND THREE FROM THE FIRST AMENDED PETITION<br><br>(Docs. 24, 29) |

  Armando E. Herrera is a state prisoner proceeding *pro se* with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 20.)  Petitioner identifies the following grounds for relief in his Amended Petition: (1) insufficiency of the evidence; (2) trial court error for refusing to bifurcate the gang allegations; and (3) due process violations stemming from the trial court destruction of records necessary for appellate review.  (*See* Doc. 20 at 7-15.)  Respondent moved to dismiss grounds two and three as untimely. (Doc. 24.)

  On November 16, 2021, the magistrate judge issued Findings and Recommendations. (Doc. 29.) The magistrate judge found grounds two and three were untimely and did not relate back to any grounds raised in the initial Petition.  (*Id.* at 5-6.)  Therefore, the magistrate judge recommended Respondent's motion to dismiss be granted and that the matter proceed only upon ground one of the Amended Petition related to insufficiency of the evidence.  (*Id.* at 7.)

  The Findings and Recommendations were served upon all parties and contained notice that any

1

objections were to be filed within fourteen days after service.  (Doc. 29 at 7.)  In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Petitioner was granted an extension of time to respond to the Findings and Recommendations on January 26, 2022.  (Doc. 34.)  On March 9, 2022, Petitioner responded that he "accepts the Courts findings." (Doc. 35 at 1.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 16, 2021 (Doc. 29) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 24) is **GRANTED**.
3. Grounds two and three in the amended petition for writ of habeas corpus (Doc. 20) are **DISMISSED** without leave to amend; and
4. The matter **SHALL** proceed only upon count one in the Amended Petition.

IT IS SO ORDERED.

Dated: **March 11, 2022**

UNITED STATES DISTRICT JUDGE